1    GATTEY LAW OFFICE
     SCOTT D. GATTEY (SBN 180875)
2    939 LAUREL STREET, SUITE D
     SAN CARLOS, CALIFORNIA 94070
3    TELEPHONE:    (650) 596-7123
     FACSIMILE:    (866) 371-3491
4
     ATTORNEYS FOR PLAINTIFF
5    HENRY V. BURGOYNE III

6

7    ANDERIES & GOMES LLP
     Shane K. Anderies (SBN 215415)
8    Allan J. Gomes (SBN 225810)
     601 Montgomery Street, Suite 888
9    San Francisco, California 94111
     Telephone:    (415) 217-8802
10   Facsimile:    (415) 217-8803

11   Attorneys for Defendants
     KARL KRONENBERGER and
12   KRONENBERGER ROSENFELD LLP

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16   HENRY V. BURGOYNE III,                    Case No.  C 11-06376 JSW

17                   Plaintiff,                **PLAINTIFF HENRY V. BURGOYNE
                                               III AND DEFENDANTS KARL
18          v.                                 KRONENBERGER AND
                                               KRONENBERGER ROSENFELD
19   KARL M. KRONENBERGER, an individual;      LLP'S STIPULATION AND
     KRONENBERGER ROSENFELD LLP, a             [PROPOSED] ORDER SELECTING
20   California limited liability partnership; and   ADR PROCESS**
     DOES 1 through 10;
21                                             Action Filed:    December 16, 2011
22                   Defendants.               Trial Date:      Not set

23
            Counsel report that they have met and conferred regarding ADR and have reached the
24
     following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
25
            The parties agree to participate in the following ADR process:
26
            **Court Processes:**
27
                    ☐    Non-binding Arbitration (ADR L.R. 4)
28                                              1                    Case No. C 11-06376 JSW

1          ☐      Early Neutral Evaluation (ENE)   (ADR L.R. 5)

2          ☒      Mediation (ADR L.R. 6)

3     **Private Process:**

4          ☐      Private ADR

5          _____

6          _____

7

8     The parties agree to hold the ADR session by:

9          ☒      the presumptive deadline *(The deadline is 90 days from the date of the*

10         *order referring the case to an ADR process unless otherwise ordered.)*

11

12         ☐      other requested deadline: _____

13

14

15    Dated: March 8, 2012                      GATTEY LAW OFFICE

16
                                         By: _____
17

18                                            Scott D. Gattey
                                              Attorneys for Plaintiff
19                                            HENRY V. BURGOYNE III

20

21    Dated: March 8, 2012                      ANDERIES & GOMES LLP

22                                         By: _____

23
                                              Shane K. Anderies
24                                            Allan J. Gomes
                                              Attorneys for Defendants
25                                            KARL KRONENBERGER and
                                              KRONENBERGER ROSENFELD LLP
26

27

28                                        2            Case No. C 11-06376 JSW

PLTF. HENRY V. BURGOYNE III AND DEFENDANTS KARL KRONENBERGER AND KRONENBERGER
ROSENFELD LLP'S STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

# [PROPOSED] ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.

☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: March 12, 2012 _____   _____

U.S. District Court Judge Jeffrey S. White

Case No. C 11-06376 JSW

PLTF. HENRY V. BURGOYNE III AND DEFENDANTS KARL KRONENBERGER AND KRONENBERGER
ROSENFELD LLP'S STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS