IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. BURGOYNE III, | |
| Plaintiff, | No. C 11-06376 JSW |
| v. | |
| KARL M. KRONENBERGER, | **ORDER TO SHOW CAUSE** |
| Defendant. | |

On March 13, 2012, Plaintiff Henry M. Burgoyne, III ("Plaintiff") filed a motion for a preliminary injunction, which is noticed for hearing on May 25, 2012. Pursuant to Northern District Civil Local Rule 7-3(a), Defendants' opposition to that motion was due by March 27, 2012. No such opposition has been filed.

Defendants are HEREBY ORDERED TO SHOW CAUSE why the Court should not should not grant Plaintiff's motion for a preliminary injunction as unopposed. Defendant's response to this Order to Show Cause shall be due by no later than April 3, 2012. If Defendants seek to file a substantive response to Plaintiff's motion, Defendants must demonstrate good cause for failing to file their opposition brief in a timely fashion.

///

///

///

///

///

If Defendants seek to file a substantive response to Plaintiff's motion and demonstrate good cause for their delay, the Court will provide Plaintiff an opportunity to file a reply brief. The hearing on this motion remains set for May 25, 2012, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: March 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE