IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. BURGOYNE III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KARL M. KRONENBERGER,<br><br>　　　　Defendant.<br>_____/ | No. C -11-06376 EDL<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SHORTEN TIME AND SETTING BRIEFING AND HEARING DATES** |

　　On April 11, 2012, Plaintiff filed a Motion to Shorten Time to hear Plaintiff's Motion for Preliminary Injunction. Plaintiff proposed that the opposition to Plaintiff's Motion for Preliminary Injunction be filed no later than noon on April 17, 2012, that the reply be filed no later than April 20, 2012 and that the hearing be set for April 24, 2012. On April 12, 2012, Defendants filed an opposition to Plaintiff's Motion to Shorten Time, arguing that not only had Plaintiff failed to justify an expedited briefing and hearing schedule, but also that Defendant and Defendants' counsel were unavailable early in the week of April 16, 2012.

　　The Court has carefully reviewed the parties' filings, and good cause appearing, grants in part the Motion to Shorten Time. Defendants shall file their opposition to the Motion for Preliminary Injunction no later than April 20, 2012, and Plaintiff shall file a reply no later than noon on April 24, 2012. The Court will hold a hearing on May 1, 2012 at 9:00 a.m.

　　**IT IS SO ORDERED.**

Dated: April 13, 2012

　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge