Scott D. Gattey (SBN 180875)
Gattey Law Office
939 Laurel Street, Suite D
San Carlos, CA 94070
Telephone: (650) 596-7123
Fax: (866) 371-3491
scott@gatteylaw.com

Rory C. Quintana (SBN 258747)
The Law Offices of Rory C. Quintana
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 426-3517
Fax: (415) 426-3518
rcquintana@rcqlegal.com

*Attorneys for Plaintiff Henry M. Burgoyne, III*

ANDERIES & GOMES LLP
Shane K. Anderies (SBN 215415)
Allan J. Gomes (SBN 225810)
S. Christine Young (SBN 253964)
601 Montgomery Street, Suite 888
San Francisco, California 94111
Telephone: (415) 217-8802
Facsimile:  (415) 217-8803
sanderies@andgolaw.com

*Attorneys for Defendants Karl Kronenberger and Kronenberger Rosenfeld LLP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. BURGOYNE, III,<br><br>Plaintiff,<br><br>v.<br><br>KARL S. KRONENBERGER, an individual; KRONENBERGER ROSENFELD LLP, a California limited liability partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-06376-EDL<br><br>STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: AMENDED PLEADINGS, JOINDER OF PARTIES, DISCOVERY CUT-OFF, EXPERT DISCLOSURES, EXPERT DISCOVERY, DISPOSITIVE MOTIONS, PRE-TRIAL CONFERENCE, AND TRIAL DATE<br><br>AS MODIFIED |

Case No. 3:11-cv-06376-EDL

1

STIP. TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR:  AMENDED PLEADINGS, JOINDER OF PARTIES, DISC. CUT-OFF, EXPERT DISCLOSURES, EXPERT DISC., DISPOSITIVE MOTIONS, PRE-TRIAL CONF., AND TRIAL DATE

Pursuant to an agreement set forth at the June 19, 2012 mediation, and in an effort to continue good faith efforts toward informal resolution, the parties hereby agree to continue the deadlines set forth for Amended Pleadings, Joinder of Parties, Discovery and Motions as follows: (1) Amended Pleadings Deadline, currently set for July 15, 2012, will be extended to September 13, 2012; (2) Joinder of Parties Deadline, currently set for July 15, 2012, will be extended to September 13, 2012; (3) the Discovery Deadline, currently set for October 26, 2012, will be extended to January 11, 2013; (4) Initial Expert Disclosures, currently set for November 9, 2012, will be extended to January 8, 2013; (5) Rebuttal Expert Disclosures, currently set for November 30, 2012, will be extended to January 29, 2013; (6) the Expert Discovery Deadline, currently set for December 21, 2012, will be extended to February 19, 2013; (7) Dispositive Motions Deadline, currently set for January 22, 2013, will be extended to March 19, 2013; (8) the Pre-Trial Conference, currently set for May 7, 2013 at 2:00 p.m., will be extended to June 25, 2013, ~~at a time to be set by the Court,~~ 2:00 P.M. and (9) the Jury Trial, currently set for May 28, 2013, will be extended to July 15, 2013.

The parties respectfully request the Court enter an order that current deadlines listed above be extended as agreed to by the parties.

WHEREAS, Plaintiff and Defendants agreed to the above scheduling changes during mediation on June 19, 2012;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their designated counsel that the above scheduling changes be granted and entered by the Court.

IT IS SO STIPULATED.

Dated: July 02, 2012                          THE LAW OFFICES OF RORY C. QUINTANA


By:     s/Rory C. Quintana
         Rory C. Quintana
         *Attorney for Plaintiff Henry M. Burgoyne, III*

Case No. 3:11-cv-06376-EDL        2        STIP. TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: AMENDED PLEADINGS, JOINDER OF PARTIES, DISC. CUT-OFF, EXPERT DISCLOSURES, EXPERT DISC., DISPOSITIVE MOTIONS, PRE-TRIAL CONF., AND TRIAL DATE

1 | Dated: ~~June 29,~~ July 2, 2012           ANDERIES & GOMES LLP

By: /s/ Shane K. Anderies
*Shane K. Anderies*
*Attorney for Defendants Karl M. Kronenberger*
and *Kronenberger Rosenfeld LLP*

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The proposed deadlines as described above shall be granted. The Pretrial Conference is set for 2:00 p.m. on June 25, 2013.

IT IS SO ORDERED.

Dated: July 3, 2012

/s/ Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I, Rory C. Quintana, hereby certify that on July 02, 2012, I authorized and served by electronic means on the parties listed below, as follows:

**STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: AMENDED PLEADINGS, JOINDER OF PARTIES, DISCOVERY CUT-OFF, EXPERT DISCLOSURES, EXPERT DISCOVERY, DISPOSITIVE MOTIONS, PRE-TRIAL CONFERENCE, AND TRIAL DATE**

ANDERIES & GOMES LLP
Shane K. Anderies (SBN 215415)
Allan J. Gomes (SBN 225810)
S. Christine Young (SBN 253964)
601 Montgomery Street, Suite 888
San Francisco, California 94111
Telephone: (415) 217-8802
Facsimile: (415) 217-8803

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 02, 2012.

By:   s/Rory C. Quintana
      Rory C. Quintana
*Attorney for Plaintiff Henry M. Burgoyne, III*

Case No. 3:11-cv-06376-EDL    4    STIP. TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: AMENDED PLEADINGS, JOINDER OF PARTIES, DISC. CUT-OFF, EXPERT DISCLOSURES, EXPERT DISC., DISPOSITIVE MOTIONS, PRE-TRIAL CONF., AND TRIAL DATE