Scott D. Gattey (SBN 180875)
Gattey Law Office
939 Laurel Street, Suite D
San Carlos, CA 94070
Telephone: (650) 596-7123
Fax: (866) 371-3491
scott@gatteylaw.com

Rory C. Quintana (SBN 258747)
The Law Offices of Rory C. Quintana
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 426-3517
Fax: (415) 426-3518
rcquintana@rcqlegal.com

*Attorneys for Plaintiff Henry M. Burgoyne, III*

ANDERIES & GOMES LLP
Shane K. Anderies (SBN 215415)
Allan J. Gomes (SBN 225810)
S. Christine Young (SBN 253964)
601 Montgomery Street, Suite 888
San Francisco, California 94111
Telephone: (415) 217-8802
Facsimile: (415) 217-8803
E-Mail: sanderies@andgolaw.com

*Attorneys for Defendants Karl Kronenberger and Kronenberger Rosenfeld LLP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. BURGOYNE, III<br><br>Plaintiff,<br><br>v.<br><br>KARL S. KRONENBERGER, an individual; KRONENBERGER ROSENFELD LLP, a California limited liability partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-06376 EDL<br><br>STIPULATION TO EXTEND DEADLINES AND **AMENDED** ORDER FOR: AMENDED PLEADINGS, JOINDER OF PARTIES, DISCOVERY CUT-OFF, EXPERT DISCLOSURES, EXPERT DISCOVERY, DISPOSITIVE MOTIONS, PRE-TRIAL CONFERENCE, AND TRIAL DATE |

Case No. 3:11-cv-06376-EDL

1

STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: AMENDED PLEADINGS, JOINDER OF PARTIES, DISCOVERY CUT-OFF, EXPERT DISCLOSURES, EXPERT DISCOVERY, AND DISPOSITIVE MOTIONS

Pursuant to an agreement set forth at the June 19, 2012 mediation, and in an effort to continue good faith efforts toward informal resolution, the parties hereby agree to further continue the deadlines set forth for Amended Pleadings, Joinder of Parties, Discovery, Motions, and Trial as follows:  (1) Amended Pleadings Deadline, currently set for July 15, 2012, will be extended to October 15, 2012; (2) Joinder of Parties Deadline, currently set for July 15, 2012, will be extended to October 15, 2012; (3) the Discovery Deadline, currently set for October 26, 2012, will be extended to February 11, 2013; (4) Initial Expert Disclosures, currently set for November 9, 2012, will be extended to February 8, 2013; (5) Rebuttal Expert Disclosures, currently set for November 30, 2012, will be extended to March 2, 2013; (6) the Expert Discovery Deadline, currently set for December 21, 2012, will be extended to March 21, 2013; (7) Dispositive Motions filing Deadline, currently set for January 22, 2013, will be extended to April 18, 2013; (8) the Pre-Trial Conference, currently set for May 7, 2013 at 2:00 p.m., will be extended to July 22, 2013, at a time to be set by the Court; and (9) the Jury Trial, currently set for May 28, 2013, will be extended to August 12, 2013.

The parties respectfully request the Court enter an order that current deadlines listed above be extended as agreed to by the parties.

WHEREAS, Plaintiff and Defendants agreed to the above scheduling changes during mediation on June 19, 2012;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their designated counsel that the above scheduling changes be granted and entered by the Court.

IT IS SO STIPULATED.

Dated: July 30, 2012                                   THE LAW OFFICES OF RORY C. QUINTANA

                                                                          By:___s/Rory C. Quintana_____
                                                                                  Rory C. Quintana
                                                                                  *Attorney for Plaintiff Henry M. Burgoyne, III*

2

Case No. 3:11-cv-06376-EDL                   STIPULATION TO EXTEND DEADLINES AND [PROPOSED]
                                                                  ORDER FOR:  AMENDED PLEADINGS, JOINDER OF
                                                                  PARTIES, DISCOVERY CUT-OFF, EXPERT DISCLOSURES,
                                                                  EXPERT DISCOVERY, AND DISPOSITIVE MOTIONS

Dated: July 30, 2012 ANDERIES & GOMES LLP

By:_____
Shane K. Anderies
*Attorney for Defendants Karl M. Kronenberger*
and *Kronenberger Rosenfeld LLP*

**Filer's Attestation**: Pursuant to General Order No. 45 §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: July 30, 2012 Respectfully submitted,

By:___s/Rory C. Quintana_____
Rory C. Quintana
*Attorney for Plaintiff Henry M. Burgoyne, III*

3

Case No. 3:11-cv-06376-EDL STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: AMENDED PLEADINGS, JOINDER OF PARTIES, DISCOVERY CUT-OFF, EXPERT DISCLOSURES, EXPERT DISCOVERY, AND DISPOSITIVE MOTIONS

1  The Court having considered the stipulation of the parties, and good cause appearing
2  therefore, orders as follows:
3      1. The proposed deadlines as described above shall be granted. The Pretrial
4      Conference is set for Tuesday, July 23, 2013, at 2:00 p.m.
5  IT IS SO ORDERED.

7  Dated: August 1, 2012

8  UNITED STATES
  NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

CERTIFICATE OF SERVICE

I, Rory C. Quintana, hereby certify that on July 30, 2012, I authorized and served by electronic means on the parties listed below, as follows:

ANDERIES & GOMES LLP
Shane K. Andereies (SBN 215415)
Allan J. Gomes (SBN 225810)
S. Christine Young (SBN 253964)
601 Montgomery Street, Suite 888
San Francisco, California 94111
Telephone: (415) 217-8802
Facsimile:  (415) 217-8803

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 30, 2012.

By:    s/Rory C. Quintana
       Rory C. Quintana
*Attorney for Plaintiff Henry M. Burgoyne, III*

5

Case No. 3:11-cv-06376-EDL   STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR:  AMENDED PLEADINGS, JOINDER OF PARTIES, DISCOVERY CUT-OFF, EXPERT DISCLOSURES, EXPERT DISCOVERY, AND DISPOSITIVE MOTIONS