```
1  Scott D. Gattey (SBN 180875)
   Gattey Law Office
2  939 Laurel Street, Suite D
   San Carlos, CA 94070
3  Telephone: (650) 596-7123
   Fax: (866) 371-3491
4  scott@gatteylaw.com

5  Rory C. Quintana (SBN 258747)
   The Law Offices of Rory C. Quintana
6  201 Spear Street, Suite 1100
   San Francisco, CA 94105
7  Telephone: (415) 426-3517
   Fax: (415) 426-3518
8  rcquintana@rcqlegal.com

9  Attorneys for Plaintiff Henry M. Burgoyne, III

10 ANDERIES & GOMES LLP
   Shane K. Anderies (SBN 215415)
11 Allan J. Gomes (SBN 225810)
   S. Christine Young (SBN 253964)
12 601 Montgomery Street, Suite 888
   San Francisco, California 94111
13 Telephone: (415) 217-8802
   Facsimile: (415) 217-8803
14 E-Mail: sanderies@andgolaw.com

15 Attorneys for Defendants Karl Kronenberger and
   Kronenberger Rosenfeld LLP
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. BURGOYNE, III, | CASE NO. 3:11-cv-06376 EDL |
| Plaintiff, | STIPULATION TO FURTHER EXTEND DEADLINES AND [PROPOSED] ORDER FOR: AMENDED PLEADINGS AND JOINDER OF PARTIES. |
| v. | |
| KARL S. KRONENBERGER, an individual; KRONENBERGER ROSENFELD LLP, a California limited liability partnership; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Case No. 3:11-cv-06376-EDL

1

STIPULATION TO FURTHER EXTEND DEADLINES AND [PROPOSED] ORDER FOR: AMENDED PLEADINGS AND JOINDER OF PARTIES.

1  Pursuant to an agreement set forth at the June 19, 2012 mediation, and in an effort to
2  continue good faith efforts toward informal resolution, the parties hereby agree to further
3  continue the deadlines set forth for Amended Pleadings and Joinder of Parties as follows: (1)
4  Amended Pleadings Deadline, currently set for October 15, 2012, will be extended to November
5  5, 2012; (2) Joinder of Parties Deadline, currently set for October 15, 2012, will be extended to
6  November 5, 2012.

7  The parties respectfully request the Court enter an order that current deadlines listed
8  above be extended as agreed to by the parties.

9  THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants
10 through their designated counsel that the above scheduling changes be granted and entered by the
11 Court.

12 IT IS SO STIPULATED.

14 Dated: September 17, 2012          THE LAW OFFICES OF RORY C. QUINTANA

16                                    By:   s/Rory C. Quintana
                                          Rory C. Quintana
17                                   *Attorney for Plaintiff Henry M. Burgoyne, III*

21 Dated: September 17, 2012          ANDERIES & GOMES LLP

23                                    By:   [signature]
                                          Shane K. Anderies
24                                   *Attorney for Defendants Karl M. Kronenberger
                                     and Kronenberger Rosenfeld LLP*

2

Case No. 3:11-cv-06376-EDL          STIPULATION TO EXTEND DEADLINES AND [PROPOSED]
                                    ORDER FOR: AMENDED PLEADINGS, JOINDER OF
                                    PARTIES, DISCOVERY CUT-OFF, EXPERT DISCLOSURES,
                                    EXPERT DISCOVERY, AND DISPOSITIVE MOTIONS

**Filer's Attestation**: Pursuant to General Order No. 45 §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: September 17, 2012

Respectfully submitted,

By: _____
Shane K. Anderies
*Attorney for Defendants Karl Kronenberger and Kronenberger Rosenfeld LLP*

Case No. 3:11-cv-06376-EDL

STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: AMENDED PLEADINGS, JOINDER OF PARTIES, DISCOVERY CUT-OFF, EXPERT DISCLOSURES, EXPERT DISCOVERY, AND DISPOSITIVE MOTIONS

3

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

    1. The proposed deadlines as described above shall be granted.

IT IS SO ORDERED.

Dated: September 24, 2012

*Elizabeth D. Laporte*
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:11-cv-06376-EDL

4

STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: AMENDED PLEADINGS, JOINDER OF PARTIES, DISCOVERY CUT-OFF, EXPERT DISCLOSURES, EXPERT DISCOVERY, AND DISPOSITIVE MOTIONS