Rory C. Quintana (SBN 258747)
The Law Offices of Rory C. Quintana
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 426-3517
Fax: (415) 426-3518
rcquintana@rcqlegal.com

*Attorneys for Plaintiff Henry M. Burgoyne, III*

ANDERIES & GOMES LLP
Shane K. Anderies (SBN 215415)
Allan J. Gomes (SBN 225810)
S. Christine Young (SBN 253964)
601 Montgomery Street, Suite 888
San Francisco, California 94111
Telephone: (415) 217-8802
Facsimile:  (415) 217-8803
E-Mail:  sanderies@andgolaw.com

*Attorneys for Defendants Karl Kronenberger and Kronenberger Rosenfeld LLP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. BURGOYNE, III<br><br>          Plaintiff,<br><br>     v.<br><br>KARL M. KRONENBERGER, an individual; KRONENBERGER ROSENFELD LLP, a California limited liability partnership; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. 3:11-cv-06376 EDL<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM DEFENDANTS KARL KRONENBERGER AND KRONENBERGER ROSENFELD LLP<br>AS MODIFIED |

1    Pursuant to Civil Local Rules 7-7(b), 6-1(b), and 6-2(a), the parties agree to continue the
2  hearing on Plaintiff's Motion to Compel Further Discovery Responses to Defendants Karl
3  Kronenberger and Kronenberger Rosenfeld LLP ("Plaintiff's Motion").  The hearing on
4  Plaintiff's Motion is currently set for April 2, 2013 and the parties agree to continue the hearing
5  to April 9, 2013.

6    The parties request the hearing date be continued because Plaintiff's counsel and defense
7  counsel are both unavailable to attend the hearing on Plaintiff's Motion on April 2, 2013, due to
8  scheduling conflicts.  The hearing date for Plaintiff's Motion was originally set for March 26,
9  2013 but on March 13, 2013, the Court rescheduled the hearing for April 2, 2013.  The requested
10 time modification will have no effect on the schedule for the case.

11   Based on the forgoing, the parties respectfully request the Court enter an order extending
12 the hearing date on Plaintiff's Motion, as agreed to by the parties.

13

14   IT IS SO STIPULATED.

15

16 Dated: March 15, 2013                THE LAW OFFICES OF RORY C. QUINTANA

17

18                                      By:___s/Rory C. Quintana_____
                                             Rory C. Quintana
19                                      *Attorney for Plaintiff Henry M. Burgoyne, III*

20

21

22 Dated: March 15, 2013                ANDERIES & GOMES LLP

23

24                                      By:__/s/ Shane K. Anderies_____
                                             Shane K. Anderies
25                                      *Attorney for Defendants Karl Kronenberger and*
                                        *Kronenberger Rosenfeld LLP*

26

27

28
                                        2
Case No. 3:11-cv-06376-EDL              STIPULATED REQUEST FOR ORDER
                                        CHANGING TIME AND [PROPOSED] ORDER
                                        TO CONTINUE HEARING ON PLAINTIFF'S
                                        MOTION TO COMPEL

1

2   **Filer's Attestation**: Pursuant to General Order No. 45 §X(B), I attest under penalty of

3   perjury that concurrence in the filing of the document has been obtained from its signatory.

4
                                                Respectfully submitted,
5

6   Dated: March 15, 2013

7                                               By:   /s/ Shane K. Anderies
                                                      Shane K. Anderies
8                                                     *Attorney for Defendants Karl
                                                      Kronenberger* and *Kronenberger
9                                                     Rosenfeld LLP*

---

3

Case No. 3:11-cv-06376-EDL                STIPULATED REQUEST FOR ORDER
                                          CHANGING TIME AND [PROPOSED] ORDER
                                          TO CONTINUE HEARING ON PLAINTIFF'S
                                          MOTION TO COMPEL

1  The Court having considered the stipulation of the parties, and good cause appearing
2 therefore, orders the hearing on Plaintiff's Motion to Compel Further Discovery Responses to
3 Defendants Karl Kronenberger and Kronenberger Rosenfeld LLP to be continued to April 9,
4 2013. at 9:30 a.m.

5  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7 Dated: March 18, 2013

8 UNITED STATES MAGISTRATE JUDGE
   NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

---

Case No. 3:11-cv-06376-EDL          4          STIPULATED REQUEST FOR ORDER
                                               CHANGING TIME AND [PROPOSED] ORDER
                                               TO CONTINUE HEARING ON PLAINTIFF'S
                                               MOTION TO COMPEL