IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. BURGOYNE III, | No. C -11-06376 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| KARL M. KRONENBERGER, | |
| Defendant. | |

The Court has reviewed the parties' Stipulated Request to Continue the Trial Date in this matter. The parties requested a September 2013 trial date, but the Court is unavailable for trial in September. The parties state that defense counsel is unavailable in October 2013. Therefore, trial in this matter is continued to November 4, 2013. A pretrial conference is scheduled for October 15, 2013.

No later than July 5, 2013, the parties shall file a status report informing the Court of the status of settlement of this case. If the parties do not settle, the parties shall also address the status of the summary judgment motions.

**IT IS SO ORDERED.**

Dated: June 26, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge