THE LAW OFFICES OF RORY C. QUINTANA
Rory C. Quintana (SBN 258747)
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel.: (415) 426-3517
Fax: (415) 426-3518
rcquintana@rcqlegal.com

DURIE TANGRI
Daralyn J. Durie (SBN 169825)
Clement S. Roberts (SBN 209203)
Joshua H. Lerner (SBN 220755)
217 Leidesdorff Street
San Francisco, CA 94111
Tel.: (415) 362-6666
Fax: (415) 236-6300
ddurie@durietangri.com
croberts@durietangri.com
jlerner@durietangri.com

Attorneys for Plaintiff HENRY M. BURGOYNE, III

ANDERIES & GOMES LLP
Shane K. Anderies (SBN 215415)
S. Christine Young  (SBN 253964)
601 Montgomery Street, Suite 888
San Francisco, California  94111
Telephone:      (415) 217-8802
Facsimile:      (415) 217-8803
E-mail:         sanderies@andgolaw.com
E-mail:         cyoung@andgolaw.com

Attorneys for Defendants
KARL KRONENBERGER and
KRONENBERGER ROSENFELD LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. BURGOYNE III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KARL M. KRONENBERGER, an individual; KRONENBERGER ROSENFELD LLP, a California limited liability partnership; and DOES 1 through 10;<br><br>　　　　　Defendants. | Case NO.  C 11-06376 EDL<br><br>**JOINT STIPULATED REQUEST TO FILE UNDER SEAL DOCUMENTS RELATED TO THE PARTIES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND [PROPOSED] ORDER**<br><br>**[Civ. L.R. 7-11, 79-5]**<br><br>Action Filed:　December 16, 2011<br>Trial Date:　　August 12, 2013 |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's June 14, 2013 Order

Regarding Administrative Motions To Seal (Docket No. 207), Plaintiff Henry M. Burgoyne III ("Plaintiff") and Defendants Karl Kronenberger ("Kronenberger") and Kronenberger Rosenfeld, LLP (collectively referred to as "Defendants") jointly submit this stipulated request to file under seal the following documents:

1. Portions of Exhibit C to Kronenberger's Declaration In Support Of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment As To Accounting Claim should be redacted to remove references to financial information;

2. Exhibits D and E to Kronenberger's Declaration In Support Of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment As To Accounting Claim;

3. Exhibit E to the Declaration of Shane K. Anderies In Support Of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment As To Accounting Claim;

4. Exhibit F to the Declaration of Shane K. Anderies In Support Of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment As To Accounting Claim;

5. Exhibits B and C to Kronenberger's Declaration In Support Of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment As to Defendants' Counterclaims;

6. A portion of Exhibit A to the Declaration of Rory C. Quintana In Support Of Plaintiff's Opposition to Defendants' Motion for Summary Adjudication should be redacted to remove the references to the Firm's server usernames;

7. A portion of Exhibit G to the Declaration of Rory C. Quintana In Support Of Plaintiff's Opposition to Defendants' Motion for Summary Adjudication should be redacted to remove the name of a third party;

8. A portion of Exhibit B to the Declaration of Rory C. Quintana In Support Of Plaintiff's Motion for Partial Summary Judgment As To Accounting Claim should be redacted to remove a reference to a certain Firm client;

9. Portions of Exhibit D to the Declaration of Rory C. Quintana In Support Of Plaintiff's Motion for Partial Summary Judgment As To Accounting Claim should be redacted to remove references to certain Firm clients;

10. Portions of Exhibit H to the Declaration of Rory C. Quintana In Support Of Plaintiff's Motion for Partial Summary Judgment As To Accounting Claim should be redacted to remove all financial information;

11. Exhibit U to the Declaration of Rory C. Quintana In Support Of Plaintiff's Motion for Partial Summary Judgment As To Accounting Claim;

12. A portion of Exhibit D to the Declaration of Rory C. Quintana In Support Of Plaintiff's Motion for Partial Summary Judgment As To Defendants' Counterclaims should be redacted to remove a reference to a certain Firm client;

13. Portions of Exhibit E to the Declaration of Rory C. Quintana In Support Of Plaintiff's Motion for Partial Summary Judgment As To Defendants' Counterclaims should be redacted to remove references to financial information;

14. Exhibit J to the Declaration of Rory C. Quintana In Support Of Plaintiff's Motion for Partial Summary Judgment As To Defendants' Counterclaims;

15. Exhibit W to the Declaration of Henry M. Burgoyne In Support Of Plaintiff's Opposition to Defendants' Motion for Summary Adjudication;

16. Exhibit A to the Declaration of Henry M. Burgoyne In Support Of Plaintiff's Reply In Support Of Motion for Partial Summary Adjudication As To Defendants' Counterclaims;

17. Exhibit D to the Declaration of Henry M. Burgoyne In Support Of Plaintiff's Reply In Support Of Motion for Partial Summary Adjudication As To Defendants' Counterclaims;

18. A portion of Exhibit D to the Declaration of Rory C. Quintana In Support Of Plaintiff's Reply In Support Of Motion for Partial Summary Adjudication As To Defendants' Counterclaims should be redacted to remove reference to the termination accounting;

19. A portion of Exhibit B to the Declaration of Henry M. Burgoyne In Support Of Plaintiff's Motion for Partial Summary Judgment As To Accounting Claim should be redacted to remove client names and other identifying information;

20. A portion of Exhibit A to the Declaration of Henry M. Burgoyne In Support Of Plaintiff's Reply In Support Of Motion for Partial Summary Judgment As To Accounting Claim should be redacted to remove references to hours billed in 2011;

21. Exhibit O to the Declaration of Henry M. Burgoyne In Support Of Plaintiff's Motion for Partial Summary Judgment As To Accounting Claim;

22. A portion of Exhibit R to the Declaration of Henry M. Burgoyne In Support Of Plaintiff's Opposition to Defendants' Motion for Summary Adjudication should be redacted to remove credit card information;

23. Exhibit B to the Declaration of Henry M. Burgoyne In Support Of Plaintiff's Motion for Summary Judgment As Defendants' Counterclaims; and

24. Exhibit C to the Declaration of Henry M. Burgoyne In Support Of Plaintiff's Motion for Partial Summary Judgment As To Accounting Claim.

The exhibits listed above contain sensitive business and personal financial information that Defendants designated as confidential and/or highly confidential, pursuant to the parties' September 24, 2012 Stipulated Protective Order. A sealing order is appropriate where, as here, the document contains private, protectable information. Civ. L.R. 79-5 (sealing order is appropriate where the party requesting such an order establishes that "the document, or portions thereof is privileged or protectable as a trade secret or otherwise entitled to protection under the law"). Accordingly, the parties request that the Court enter an order sealing the aforementioned exhibits.

///

///

///

///

///

Defendants will lodge with the Court unredacted and highlighted copies of the relevant documents, with the sealable information identified.

Dated: June 21, 2013                                    DURIE TANGRI


                                                        By:   /S/ Joshua H. Lerner _____
                                                              Daralyn J. Durie
                                                              Clement S. Roberts
                                                              Joshua H. Lerner
                                                              Attorneys for Plaintiff
                                                              HENRY M. BURGOYNE, III


Dated: June 21, 2013                                    ANDERIES & GOMES LLP


                                                        By:  /S/ Shane K. Anderies_____
                                                              Shane K. Anderies
                                                              S. Christine Young
                                                              Attorneys for Defendants
                                                              KARL KRONENBERGER and
                                                              KRONENBERGER ROSENFELD LLP


**Filer's Attestation**: Pursuant to Civil Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatories.


Dated: June 21, 2013                                    ANDERIES & GOMES LLP


                                                        By:  /S/ Shane K. Anderies_____
                                                              Shane K. Anderies
                                                              S. Christine Young
                                                              Attorneys for Defendants
                                                              KARL KRONENBERGER and
                                                              KRONENBERGER ROSENFELD LLP

**ORDER**

Having considered the papers regarding the parties' Joint Stipulated Request to File Under Seal Documents Related to the Parties' Motions for Summary Judgment, and finding good cause therefor, the parties' Joint Stipulated Request to File Under Seal Documents Related to the Parties' Motions for Summary Judgment is GRANTED.

IT IS SO ORDERED.

DATED: June 26, 2013

*[signature]*
Hon. Elizabeth D. Laporte
United States ~~District~~/Magistrate Judge