1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@tangri.com
   CLEMENT S. ROBERTS (SBN 209203)
3  croberts@durietangri.com
   JOSHUA H. LERNER (SBN 220755)
4  jlerner@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA 94111
   Telephone: 415-362-6666
6  Facsimile:  415-236-6300

7  Attorneys for Plaintiff
   HENRY M. BURGOYNE, III

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY M. BURGOYNE, III,<br><br>  Plaintiff,<br><br>  v.<br><br>KARL S. KRONENBERGER, an individual; KRONENBERGER ROSENFELD LLP, a California limited liability partnership; and DOES 1 through 10,<br><br>  Defendants. | Case No. 3:11-cv-06376-EDL<br><br>[~~PROPOSED~~] ORDER |

1 | Based on the parties' stipulation, and good cause appearing, it is hereby ORDERED that:

2 | This action is dismissed with prejudice.

3 | **IT IS SO ORDERED.**

5 | DATED: 09/23/13

Judge Elizabeth D. Laporte
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on September 20, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Joshua H. Lerner*
JOSHUA H. LERNER
